AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eisele, Garnett T. | U.S. Dist. Ct. E. D. AR | 05/03/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date  <br> ☐ Initial  ☑ Annual  ☐ Final  <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 3684 <br> Little Rock, AR 72203 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Counselor | Wm. R. Overton Inn of Court |
| 2. Trustee | ▓▓ Trust #1 |
| 3. Trustee | ▓▓ Trust #2 |
| 4. Trustee | ▓▓ Trust |
| 5. Trustee | ▓▓ Trust |
| 6. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Eisele , Garnett T.

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T. | 05/03/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center, Medina Seminar, Princeton University, Princeton, New Jersey | 6/10/2010 to 6/15/2010 | Princeton University, New Jersey | FJC Harold R. Medina Seminar for State and Federal Judges | Airefare, lodging and meals. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T. | 05/03/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. National Life of Vermont | Policy Loans | J |
| 2. Northwest National Life | Policy Loans | J |
| 3. Sun Life of Canada | Policy Loan on Life Insurance | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lincoln Nat'l Life | A | Div | J | T | | | | | |
| 2. S.W. Energy | A | Div | O | T | | | | | |
| 3. Bank of America(ck. acct) | A | Int | J | T | | | | | |
| 4. Iberia Bk. formerly Pulaski Bank (savings acct.) | A | Int | J | T | | | | | |
| 5. Bank of America | A | Div | M | T | | | | | |
| 6. Bank of America | A | Dividend | K | T | | | | | |
| 7. Alcatel | A | Dividend | J | T | | | | | |
| 8. Alcatel | A | Dividend | J | T | | | | | |
| 9. American Funds: New Perspective Fund | B | Div | L | T | , | | | | |
| 10. American Funds: Washington Mut. Invest Fd. | B | Div | L | T | | | | | |
| 11. American Funds: GrowthFund of America | A | Div | L | T | | | | | |
| 12. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 13. Cisco | | None | J | T | | | | | |
| 14. Travelers Class B | A | Div | J | T | | | | | |
| 15. Travelers Class A | A | Div | J | T | | | | | |
| 16. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 17. Microsoft Corp | A | Div | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Microsoft Corp | A | Dividend | J | T | | | | | |
| 19. Microsoft Corp | A | Dividend | J | T | | | | | |
| 20. SunLife Financial | A | Div | J | T | | | | | |
| 21. Harvard Balanced Fund | A | Div, Int. | K | T | | | | | |
| 22. Windstream | A | Dividend | J | T | | | | | |
| 23. AT&T | A | Dividend | J | T | | | | | |
| 24. IBM | A | Dividend | K | T | | | | | |
| 25. SW Energy | A | Dividend | J | T | Buy | 05/26/10 | J | | |
| 26. EKM Trust #2 | E | Div | N | T | | | | | |
| 27. (This is aggregate income and value of this trust) | | | | | | | | | |
| 28. The following are assets of this trust: | | | | | | | | | |
| 29. IBM | A | Div | L | T | | | | | |
| 30. I.B.M. | A | Div | L | T | | | | | |
| 31. I.B.M. | A | Div | L | T | | | | | |
| 32. I.B.M. | A | Div | L | T | | | | | |
| 33. Regions Bk. | A | Div | J | T | | | | | |
| 34. Regions Bank | A | Div | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                                P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment                 T =Cash Market
   (See Column C2)            U =Book Value             V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LSI Logic Corp | | None | J | T | | | | | |
| 36. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 37. Nissan | B | Dividend | K | T | | | | | |
| 38. Hewlett Packard | A | Dividend | L | T | | | | | |
| 39. G.E. Co. | A | Dividend | K | T | | | | | |
| 40. G.E. Co. | A | Dividend | J | T | | | | | |
| 41. Acxiom | A | Dividend | J | T | | | | | |
| 42. Cisco | A | Dividend | K | T | | | | | |
| 43. Cisco | A | Dividend | J | T | | | | | |
| 44. Hewlett Packard | A | Dividend | L | T | | | | | |
| 45. Acxiom | A | Dividend | K | T | | | | | |
| 46. G.E.Co. | A | Dividend | J | T | | | | | |
| 47. G.E.Co. | A | Dividend | J | T | | | | | |
| 48. G.E.Co. | A | Dividend | J | T | | | | | |
| 49. Windstream | A | Dividend | J | T | | | | | |
| 50. Citigroup | A | Dividend | J | T | Buy (add'l) | 03/31/10 | J | | |
| 51. AT&T | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Acxiom | A | Dividend | J | T | | | | | |
| 53. Southwest Energy | A | Dividend | K | T | Buy (add'l) | 05/21/10 | J | | |
| 54. GME Trust | E | Dividend | O | T | | | | | |
| 55. (This is aggregate income and value of this trust) | | | | | | | | | |
| 56. The following are assets of this trust | | | | | | | | | |
| 57. Dean Witter Ready Assets | A | Dividend | J | T | | | | | |
| 58. Southwest Energy | A | Dividend | M | T | Buy (add'l) | 05/21/10 | J | | |
| 59. Korea Fund | A | Dividend | K | T | | | | | |
| 60. Apple Computer | A | Dividend | O | T | | | | | |
| 61. Acxiom | A | Dividend | J | T | | | | | |
| 62. Acxiom | A | Dividend | J | T | | | | | |
| 63. Alcatel | A | Dividend | J | T | | | | | |
| 64. Cisco | A | Dividend | K | T | | | | | |
| 65. Cisco | A | Dividend | K | T | | | | | |
| 66. SK Telecom | A | Dividend | J | T | | | | | |
| 67. LSI Logic Corp | A | Dividend | J | T | | | | | |
| 68. Microsoft | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Microsoft | A | Dividend | J | T | | | | | |
| 70. IBM | B | Dividend | M | T | | | | | |
| 71. AT&T | A | Dividend | K | T | | | | | |
| 72. EKM Trust #1 | E | Dividend | M | T | | | | | |
| 73. (This is the aggregate value and income of this trust) | | | | | | | | | |
| 74. Hewlett Packard | A | Dividend | J | T | | | | | |
| 75. Hewlett Packard | A | Dividend | K | T | | | | | |
| 76. Centerpoint Energy | A | Dividend | J | T | | | | | |
| 77. Genon Energy (formerly Reliant Resources) | A | Dividend | J | T | | | | | |
| 78. Merck & Co | B | Dividend | K | T | | | | | |
| 79. Medco Health | A | Dividend | K | T | | | | | |
| 80. Regions Bk. | A | Dividend | J | T | | | | | |
| 81. Regions Bk. | A | Dividend | J | T | | | | | |
| 82. AT&T | A | Dividend | J | T | | | | | |
| 83. AT&T | A | Dividend | K | T | | | | | |
| 84. Microsoft | A | Dividend | J | T | | | | | |
| 85. Windstream | A | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Citigroup | A | Dividend | J | T | Buy (add'l) | 03/31/10 | J | | |
| 87.  Secured Prom. Note | C | Interest | L | T | | | | | |
| 88.  SW Energy | A | Dividend | J | T | Buy | 05/21/10 | J | | |
| 89.  Dean Witter Ready Assets | A | Interest | J | T | | | | | |
| 90.  ▨▨ Trust | D | Dividend | N | T | | | | | |
| 91.  (This is aggregate value and income of this trust) | | | | | | | | | |
| 92.  U.S. Treasury Bond | A | Interest | K | T | | | | | |
| 93.  IBM | A | Dividend | K | T | | | | | |
| 94.  Merck | A | Dividend | K | T | | | | | |
| 95.  Regions Bk | A | Dividend | J | T | | | | | |
| 96.  Dean Witter Asset Fund | A | Dividend | J | T | | | | | |
| 97.  Bankamerica | A | Dividend | K | T | | | | | |
| 98.  Bk Tokyo-Mitsubishi | A | Dividend | J | T | | | | | |
| 99.  Regions Bank | A | Dividend | J | T | | | | | |
| 100. Cisco | A | Dividend | K | T | | | | | |
| 101. Acxiom | A | Dividend | J | T | | | | | |
| 102. G.E.Co. | A | Dividend | K | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
   (See Column C2)              U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IBM | A | Dividend | K | T | | | | | |
| 104. IBM | A | Dividend | K | T | | | | | |
| 105. IBM | A | Dividend | L | T | | | | | |
| 106. IBM | A | Dividend | K | T | | | | | |
| 107. G.E.Co. | A | Dividend | K | T | | | | | |
| 108. Regions Bk. | A | Dividend | J | T | | | | | |
| 109. Medco Health | A | Dividend | K | T | | | | | |
| 110. Microsoft Corp | A | Dividend | J | T | | | | | |
| 111. AT&T | A | Dividend | J | T | | | | | |
| 112. AT&T | A | Dividend | K | T | | | | | |
| 113. Citigroup | A | Dividend | J | T | Buy | 03/31/10 | J | | |
| 114. SW Energy | A | Dividend | J | T | Buy | 05/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T. | 05/03/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T. | 05/03/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Garnett T. Eisele

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544